UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X   Case No. 12-43472
IN RE:

    MARLENE CAMACHO
    DIEGO CAMACHO

                      Joint Debtors
-------------------------------------------------------X

## AFFIDAVIT OF MS. MARLENE CAMACHO

I, the undersigned Marlene Camacho, submit the following under penalty of perjury:

I along with my then husband Jorge Caicedo, my sister Yojaira Guevara (deceased) and her husband, Luis H. Guevara (deceased) purchased the house at 652 56th Street, Brooklyn, NY 11220, back in September 1991 for $270K. We each had 25% percent ownership in the property.

Sadly, in September 1999, my sister, passed away. She left a Will leaving my mother, Ana I Soto, with hers and her husband parts of 50% percent.

In October 2001, I got divorce from Jorge H. Caicedo. I re-married on October 2002 with Diego Camacho, presently, separated since 2011. May 2003, my brother in law, Luis H. Guevara and ex-husband, Jorge H. Caicedo did a loan for $200K which I signed.

By June 2004, my brother in law, Luis H. Guevara, decided to change the deed to my mother's name as stated in my sister's Will. He transferred his share to my mother Anna Sotto.

My mother did her Will as well that same date, leaving her 50% to her grandchildren, which are my daughter, Natasha Caicedo, born in August 11, 1991, my son, Jorge A. Caicedo, born in August 31, 1994, my niece, Luz M. Soto, born in October 13, 1973 (presently leaving at the house) and my nephew, Jose Soto, born in 1979.

My mother wanted to have the property transferred to the grand children upon her and when they become major. She told me preserve the property for her grand children. However, we were told that the minor could not get the property so she transferred the property to keep it for them. On February 2005, we went to the City Register of The City of New York and did the transfer ourselves without paying any fees to a lawyer.

Around May, 2005 a friend and partner, Mr. William Henao, proposed buying a supermarket, located in Union City, NJ which will give us a lot of profit. I applied to Washington Mutual Bank for a $100K Home Equity Line of Credit, and it was approved. We started the process and purchased the business. Legal papers were under my name and my partner, Mr. Henao. I increased the Home Equity Line by $100K in July. Totalling $200K.

I noticed that by error, I did change the deed to my name only. I though that it was just a transfer, and it will have be adjusted to the original deed, meaning it will just take my mothers name and it will remain with the original deed with my ex-husband, Jorge H. Caicedo and my name reflecting the change.

First two years, I leave my partner, William Henao, taking care of the business. I was only checking and stopping by on weekends only. I was laid off of my job so I started working in my business. My partner was behind a lot of payments including utilities. with no experience in how to run a business, I managed to learn and paid all with my money. I made a mistake by trusting Mr. Henao and he cheated on my business.

I lost my excellent credit history. My husband lost his job and find a part-time job and started to help me with the supermarket. I got myself into a lot of credit card debts, borrowing money from friends trying to paid as much as possible.

By January 2009, I decided to sell the supermarket, I was struggling and going into depression; I gained 40 pounds. It was a nightmare. I couldn't sell it because the market value change and the business didn't have profit to showed the buyers, so by I gave it back to the owner(loosing so much money and time). My Union City, NJ house was in foreclosure at that time and couldn't do anything about it because I couldn't show to the court any salary or how to make any payments. It was passing trough a real financial hardship.

I tried to filled for chapter 13 Bankruptcy myself. I went to Ms. Mary Fox in the bankruptcy court more than 3 times. She told me that I cannot do chapter 7 case because I had a house. She advised me to do chapter 13, but I did not have a permanent job at that time.

My ex-husband, Jorge H. Caicedo, find out that the deed of the house was under my name only, he confronted me and was very upset, alleging that for getting into not smart business I was putting the family house in jeopardy. He decided that to avoid any further wrong decisions of my part it will be safe to put my daughter's name on the deed (according to my mother's will). We waited until my daughter's eighteen birthday and by October 2009, my ex-husband, Jorge H. Caicedo, myself, and my daughter, Natasha Caicedo, went to the City Register to file a new deed; putting back his name and ownership plus including my daughter's name, so that way, he make sure about my children's ownership per my mother's will. I have yet to transfer the part to my son, because he is minor. My nephew is mentally disabled and schizophrenic and he is rehabilitation center, upstate new york. I am holding the property for him . He is recovering. My another niece Luz Soto lives with me and in the same house. She is also part owner of the house, though her name is not on the deed.

In March 2009, I got into court three times to negotiate three credit cards, Chase Bank USA, N.A., Discover Bank, and Citibank(South Dakota),NA. I did just like six months payments and then I couldn't do it no more. I paid off American Express credit card. In September 2008, I joined a program called Freedom Debt Relief which took care

of all the creditor calls and minimized creditor harassment. I was making payments to this fund and eliminating each credit card.

Also, by June, 2010, my ex-husband received a delinquent property taxes letter because I didn't make the payments. I contact Chase Home Finance and arrange for monthly payments, explain my crucial situation and was approved for a year. Also I was behind almost all my utility bills, Con Edison, National Grid, DEP which I make arrangements to paid little by little every month. Since October 2011, I got a full time job again, since then thank God I'm still working.

My husband Diego Camacho had credit card problems. We both went to a community center for people in need, and per Ms. Anna Perone, she recommended to consult a Bankruptcy attorney or legal advice. My husband was very worried about his problems. Ms. Perone send us to Attorney Ms. Narissa A. Joseph, that charged a moderate amount of 1000 dollars which we pay little by little every month. I did not want to do bankrytcy of 7 because I had house. But she assured me that with the new law, we qualify for chapter 7. She said we save house. She told us we are good with new law.

I don't know why I am in this problem. That I never should have and feel a certain level of responsibility for not doing more to look into the situation. At the time I was just blinded by the opportunity to do well for the family. I'm crawling and gasping

for fresh air, I have always being a hard working, reliable and trustworthy person. I have gotten myself into this dire situation.

Now I am working full time and make over fifty thousand dollars a year and my ex-husband Jorge Caicedo makes 60 thousand a year. He is also having a good job and he will support me to make payments to the creditors. He is already making payments to the first loan we have on the house. I will be able to pay to the creditors. We want to keep house.

_Marlene Camacho_ 
Marlene Camacho  debtor

Sworn to before me this day of
February 6, 2013.

Notary Public

KARAMVIR DAHIYA
Notary Public, State of New York
No. 02DA6056365
Qualified in New York County
Commission Expires Sept. 22, 2015

6